# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1667
_____

C.B., Father of D.N.K.,

Appellant,

v.

A.K. and J.K.,

Appellees.

_____

On appeal from the Circuit Court for Okaloosa County.
Terrance R. Ketchel, Judge.

November 28, 2018

PER CURIAM.

AFFIRMED.

RAY, KELSEY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ryan Thomas Truskoski of Ryan Thomas Truskoski, P.A., Orlando, for Appellant.

Steven J. Gilpatrick of Law Office of Steven J. Gilpatrick, Shalimar, for Appellees.